SARATOGA FISHING CO.,
Plaintiff–Appellee,

v.

MARCO SEATTLE INC., Defendant–
Appellant,

and

J.M. Martinac & Co.; Caterpillar Tractor
Co.; Southwest Marine Hardware,
Inc., Defendants.

SARATOGA FISHING CO.,
Plaintiff–Appellant,

v.

MARCO SEATTLE INC.; Southwest Ma-
rine Hardware, Inc.; Caterpillar Tractor
Co.; J.M. Martinac & Co., Defendants–
Appellees.

SARATOGA FISHING CO.,
Plaintiff–Appellee,

v.

J.M. MARTINAC & CO., Defendant–
Appellant.

Nos. 93–56344, 93–56368 and 93–56501.

United States Court of Appeals,
Ninth Circuit.

Aug. 20, 1997.

Before: BEEZER and JOHN T.
NOONAN, JR., Circuit Judges, and EZRA,*
District Judge.

In accordance with the Supreme Court's decision in *Saratoga Fishing Co. v. J.M. Martinac & Co.,* —— U.S. ——, 117 S. Ct. 1783, 138 L.Ed.2d 76 (1997) (reversing section IV A of our previous opinion), and our decision in this matter, 69 F.3d 1432 (9th Cir. 1993), we affirm the district court.